UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-cr-00573-RWS ) |
| MITCHELL DAVIS, D.C., | ) ) ) |
| Defendant. | ) |

## MOTION TO ACCEPT EARLY PAYMENT OF RESTITUTION

COMES NOW the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Dorothy L. McMurtry, Assistant United States Attorney for said District, and submits its Motion to Accept Early Payment of Restitution:

1. The parties to this matter have entered into a plea agreement. The defendant has been advised that restitution is mandatory in this matter and will be ordered by the Court at the time of sentencing. The defendant has also been advised that the Government believes the total amount of restitution due to the victims is in excess of $400,000.00 and less than $1,000,000.00.

2. The defendants has advised that he wishes to make restitution payments to the registry of the Court before sentencing.

3. The financial unit of the Clerk of the Court has advised that it would be their preference to have the Court issue an order directing the Clerk of the Court to accept prepayment of restitution in this matter and hold disbursement of the payments to the victims until after sentencing.

WHEREFORE, the Government respectfully requests this Court to issue an order directing the Clerk of the Court to: (1) accept payment of restitution in this matter, in any amount, and (2) hold disbursement of such funds to the victims until after sentencing.

        Respectfully submitted,

        JEFFREY B. JENSEN
        United States Attorney

        */s/ Dorothy L. McMurtry*
        DOROTHY L. McMURTRY, #37727MO
        Assistant United States Attorney
        111 South 10th Street, Room 20.333
        St. Louis, Missouri  63102
        (314) 539-2200

So Ordered:

_____     _____
RODNEY W. SIPPEL                                         Date
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        */s/ Dorothy L. McMurtry*
        DOROTHY L. McMURTRY, #37727MO
        Assistant United States Attorney