**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cr-00573 |
| v. | ) |
| | ) |
| MITCHELL DAVIS, DC, | ) |
| | ) |
| Defendant. | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW Defendant Mitchell Davis ("Dr. Davis"), by and through his attorneys, and submits the following Motion for Leave to File Under Seal. In support of his motion, Dr. Davis sets forth the following:

1. Dr. Davis seeks leave of the Court to file Defendant's Motion to Continue Sentencing ("Motion to Continue") under seal, as that motion refers to non-public information, including information contained in the Disclosure Presentence Investigation Report.

2. Rule 83-13.05 of this Court's Local Rules provide that "all presentence investigation reports and such other materials regarding . . . sentencing which the Court orders filed under seal . . . will be filed and maintained by the Clerk under seal."

3. Because the Motion to Continue contains references to the Disclosure Presentence Investigation Report as well as other non-public information, Dr. Davis respectfully submits that it would be appropriate for the Court to file the Motion to Continue Under Seal.

4. The Motion to Continue is filed contemporaneously herewith.

WHEREFORE Dr. Davis respectfully requests that the Court grant him leave to file his Motion to Continue under seal.

Respectfully submitted,

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 539-2080
*richard.finneran@bryancave.com*

*/s/ Gregory S. Saikin*
GREGORY S. SAIKIN
Texas Bar No. 24051281
EDMO Bar No. 24051281 *(pro hac vice)*
gsaikin@bakerlaw.com
SAMUEL E. DORAN
Texas Bar No. 24095762
EDMO Bar No. 24095762 *(pro hac vice)*
sdoran@bakerlaw.com
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 2, 2018, the foregoing document was filed electronically via the Court's electronic filing system and served upon all counsel of record by means of the Court's Notice of Electronic Filing pursuant to Local Rule 5 - 2.12.

/s/ *Richard Finneran*