## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cr-00573 |
| v. | ) **FILED UNDER SEAL** |
| | ) |
| MITCHELL DAVIS, DC, | ) |
| | ) |
| Defendant. | |

### DEFENDANT MITCHELL DAVIS'S
### AMENDED MOTION FOR ISSUANCE OF SUBPOENAS

COMES NOW Defendant Mitchell Davis ("Dr. Davis") by and through his attorneys and submits the following Amended Motion for Issuance of Subpoenas for documents and testimony at sentencing on August 28, 2018. *See* **Exhibits 1-4** (requested subpoenas) (the "subpoenas"). These subpoenas have been revised to reflect the Court's August 8, 2018 order resetting said sentencing from August 23, 2018 to August 28, 2018 (Doc. #61). Dr. Davis asks that the Court issue these amended subpoenas following the hearing on this matter set for August 14, 2018.

A sealed memorandum in support of this Motion is filed herewith.

Respectfully submitted,

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 539-2080
*richard.finneran@bryancave.com*

>*/s/ Gregory S. Saikin*
>GREGORY S. SAIKIN
>Texas Bar No. 24051281
>EDMO Bar No. 24051281 *(pro hac vice)*
>gsaikin@bakerlaw.com
>SAMUEL E. DORAN
>Texas Bar No. 24095762
>EDMO Bar No. 24095762 *(pro hac vice)*
>sdoran@bakerlaw.com
>Baker & Hostetler LLP
>811 Main Street, Suite 1100
>Houston, TX 77002-6111
>Telephone: (713) 751-1600
>Facsimile: (713) 751-1717

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2018, the foregoing document was filed electronically via the Court's electronic filing system and served upon all counsel of record by means of the Court's Notice of Electronic Filing pursuant to Local Rule 5 - 2.12.

>/s/ *Richard Finneran*