UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cr-00573 |
| v. | ) |
| | ) |
| MITCHELL DAVIS, DC, | ) |
| | ) |
| Defendant. | |

**DEFENDANT MITCHELL DAVIS'S MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW Defendant Mitchell Davis ("Dr. Davis"), by and through his attorneys, and submits the following Motion for Leave to File Under Seal. In support of his motion, Dr. Davis sets forth the following:

1. Dr. Davis seeks leave of the Court to file a memorandum in support of his Amended Motion for Issuance of Subpoenas ("the Memorandum") under seal, as that Memorandum references non-public information, including, among other things, information contained in the Disclosure Presentence Investigation Report.

2. Rule 83-13.05 of this Court's Local Rules provide that "all presentence investigation reports and such other materials regarding . . . sentencing which the Court orders filed under seal . . . will be filed and maintained by the Clerk under seal."

3. Because the Memorandum contains references to the non-public information, Dr. Davis respectfully submits that it would be appropriate for the Court to file the Memorandum under seal.

4. The Amended Motion for Subpoenas and its supporting Memorandum are filed contemporaneously herewith.

WHEREFORE Dr. Davis respectfully requests that the Court grant him leave to file his Memorandum in Support of his Amended Motion for Subpoenas under seal.

                Respectfully submitted,

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 539-2080
*richard.finneran@bryancave.com*

*/s/ Gregory S. Saikin*
GREGORY S. SAIKIN
Texas Bar No. 24051281
EDMO Bar No. 24051281 *(pro hac vice)*
gsaikin@bakerlaw.com
SAMUEL E. DORAN
Texas Bar No. 24095762
EDMO Bar No. 24095762 *(pro hac vice)*
sdoran@bakerlaw.com
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 13, 2018, the foregoing document was filed electronically via the Court's electronic filing system and served upon all counsel of record by means of the Court's Notice of Electronic Filing pursuant to Local Rule 5 - 2.12.

                /s/ Richard Finneran