| | |
|---|---|
| **From:** | Tom Traube |
| **To:** | Doran, Samuel |
| **Subject:** | Character Letter for Mitchell Davis |
| **Date:** | Thursday, August 9, 2018 5:53:48 PM |
| **Attachments:** | mitchell davis.pdf |

Dear Mr. Doran

Mitchell Davis asked if I would be willing to write a character letter for him. Attached please find my letter. Let me know if you need anything else.

Thomas Traube
4378 Lindell Blvd
St. Louis, MO 63108
314-652-4378

Notices: This Message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. Any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purposes of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing or recommending to others any tax-related matter(s) addressed here.

# SORRELL & TRAUBE
## ATTORNEYS AT LAW

4378 Lindell Boulevard
St. Louis, Missouri 63108

(314) 652-4378

William E. Sorrell
Thomas P. Traube
Darin W. Sorrell*

Lisa Lombardi
Paralegal

*also admitted in Illinois

August 9th 2018

Judge Rodney W. Sippel
Chief Judge
United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

RE Mitchell Davis

Dear Judge Sippel

I am writing regarding Mitchell Davis. In the course of carrying on my practice of law I have known Mitchell Davis for approximately 15 years and have had numerous clients who have treated at his clinic, City Health and Chiropractic.

During my acquaintance with Mitchell I have always know him to be a very kind and generous person. I have personally witnessed him agreeing to treat patients regardless of their ability to pay. I have had clients who have had claims that were not viable personal injury claims, but who Dr. Davis agreed to treat for no other reason than they needed the treatment. He would do this even though he knew he would not be paid.

In my business dealings with City Health, I have known Mitchell Davis to be a diligent worker putting in long hours and regularly working holidays. Mitchell has always been extremely flexible and understanding of his patient's circumstances as well. On more than one occasion, he actually agreed to stay late and leave his practice open beyond normal hours in order to accommodate a patient's work schedule.

Over the years I have had a large number of clients tell me that they were impressed with the level of care and the genuine concern Mitchell showed them. To this day I have clients who refuse to be seen for chiropractic care anywhere other than City Health and Chiropractic due to the level of compassion and care they were given by Mitchell Davis.

Fax: (314) 652-4379

In addition to his efforts as a Chiropractor I have known Mitchell to be an outstanding family man. He has always taken great pride in his family, constantly singing the praises of a proud father about his son and how intelligent he is to his daughter and her efforts in skating, swimming and gymnastics. When calling his office, to inquire about medical records we ordered, it was common to have Mitchell go on and on about his children and their accomplishments or how he was looking forward to taking his son or daughter to a concert or ballgame that weekend. They could not hope for a move loving and doting father.  I remember once Mitchell talking to me about his decision to have his daughter educated in religious studies indicating his feeling that despite our secular culture it was important to him that she receives a strong moral and ethical education.

As a person Mitchell has many fine and admirable qualities.  He has made mistakes and is taking responsibility for those mistakes. At the same time he is an essentially decent and well-meaning man.


Sincerely

Thomas P. Traube Esq