Exhibit 3

| | |
|---|---|
| **From:** | Bill Sorrell |
| **To:** | Doran, Samuel |
| **Cc:** | "Mitchell Davis (drmitchdavis@sbcglobal.net)" |
| **Subject:** | Mitchell Davis |
| **Date:** | Friday, August 10, 2018 11:27:21 AM |
| **Attachments:** | DOC540.pdf |

Samuel:  Sending the character letter per Mitchell Davis.

William E Sorrell
Attorney at Law
4378 Lindell Blvd
St. Louis, Mo 63108
314-652-4378
Fax 314-652-4379

Exhibit 3

# SORRELL & TRAUBE
### ATTORNEYS AT LAW

4378 Lindell Boulevard
St. Louis, Missouri 63108

(314) 652-4378
fax (314) 652-4379
www.sorrelltraube.com

William E. Sorrell
Thomas D. Traube
Darin W. Sorrell*

Lisa Lombardi
Paralegal

*also admitted in Illinois

August 10, 2018

Judge Rodney W. Sippel, Chief Judge
United States District Court
Eastern District of Missouri
111 South Tenth Street
St. Louis, MO 63102

RE:   Mitchell Davis

Dear Judge Sippel:

I have been acquainted with Dr. Mitchell Davis for more than 10 years. He has at all times merited my admiration both personally and professionally. I have known him to treat indigent patients in need of treatment, for free. He is confident in his healing skills, treats patients as individuals, and approaches each case with a determination to significantly reduce or overcome the particular ailment. He has repeat business and his patients seem to trust him.

Mitchell Davis is a devoted husband and father. He has a new baby, in which he delights, and he enjoys that fatherly "hero status" in the eyes of his other two children; (one boy and one girl). His son just graduated from law school and his daughter is currently attending high school. I understand that Dr. Mitchell Davis has been charged with criminal violations and that he has accepted responsibility for same. I however hold Dr. Davis in high regard and can attest that the community benefits from his presence and activity in it. I am especially moved to know that he reached out to help those who cannot help themselves.

I thank you Judge for your close attention and consideration to this case.

Sincerely,

William E. Sorrell
WES/alt
wsorrell@sorrelltraube.com